UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARCADE PLANET, INC., ) | 3:03-CV-00062-LRH-VPC |
| Plaintiff, ) | |
| v. ) | |
| ) | MINUTE ORDER |
| EUNIVERSE, INC. ) | |
| Defendant. ) | |
| ) | April 8, 2015. |
| ARCADE PLANET, INC., a California ) corporation, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| WORLDWINNER.COM, INC., a Delaware ) corporation, ) | |
| Defendant. ) | |
| ) | |

PRESENT:  <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   <u>NONE APPEARING</u>     REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):    <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):    <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS**:

 Before the court is Plaintiff Arcade Planet, Inc.'s Unopposed Motion for Substitution of Real Party in Interest (63)[1] in which Plaintiff seeks to substitute Bally Gaming, Inc. as the real party in interest plaintiff.  GOOD CAUSE APPEARING,

 IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Substitution of Real Party in Interest (63) is GRANTED.  Bally Gaming, Inc. Is hereby substituted as the real party in interest plaintiff in the place of Arcade Planet.

 IT IS SO ORDERED.

               LANCE S. WILSON, CLERK

               By:   <u>    /s/                              </u>
                   Deputy Clerk

---

[1] Refers to court's docket number.