1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BALLY GAMING, INC., | Lead Case No. 3:03-cv-0062-LRH-VPC |
| Plaintiff, | Relevant to Case No. 3:03-cv-0063-LRH-VPC |
| v. | Judge Larry R. Hicks |
| EUNIVERSE, INC., | Magistrate Judge Valerie P. Cooke |
| Defendant. | **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |
| BALLY GAMING, INC. , | |
| Plaintiff, | |
| v. | |
| WORLDWINNER.COM., INC., | |
| Defendant. | |

1  This matter comes before the Court on Bally Gaming, Inc.'s and WorldWinner.com, Inc.'s
2  joint stipulation to dismiss this action, including all asserted claims and counterclaims, with
3  prejudice. The Court, having reviewed the stipulation and being duly advised in the premises,
4  finds good cause shown for granting the stipulation.

6  Therefore, it is hereby ORDERED that this case is dismissed with prejudice.

8  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10 Dated: May 4th, 2016   _____
11                         HON. LARRY R. HICKS
                           UNITED STATES DISTRICT JUDGE